

**Memo Endorsed**

JOHN PISKORA
Partner

345 Park Avenue  Direct 212.407.4082
New York, NY 10154  Main 212.407.4000
  Fax 212.407.4990
  jpiskora@loeb.com

By ECF

**Application Granted (as edited)**

SO ORDERED:
Date: 6/28/25    Richard M. Berman
           Richard M. Berman, U.S.D.J.

June 27, 2025

The Honorable Richard M. Berman
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Copenhagen v. DDC Enterprises Limited, et al.*
Proposed Stipulation and Request to Vacate the Pre-Motion Conference

Dear Judge Berman:

We represent Defendants DDC Enterprises Limited, DDC US Inc. and Yai's Thai, Inc. in the above-referenced civil action. We write on behalf of all parties, pursuant to Rule 1(A) of the Court's Individual Practices, to request that the pre-motion conference currently scheduled for July 9, 2025 be vacated in favor of a stipulated schedule providing for deadlines for Plaintiff's filing of an amended pleading and Defendants' response thereto.

On June 6, 2025, the DDC Defendants filed a letter seeking a pre-motion conference in advance of a contemplated motion to dismiss. [ECF #14]. On June 11, 2025 Plaintiff filed a letter in response thereto stating Plaintiff's intent to amend the original Complaint to clarify certain allegations and potentially add new claims. [ECF #16]. In light of these filings, counsel for the parties have conferred and respectfully submit that in the interests of judicial efficiency, the July 9, 2025 pre-motion conference should be vacated in favor of the following stipulated schedule for Plaintiff's filing of an amended pleading and Defendants' response thereto:

- Plaintiff to file a First Amended Complaint on or before July 11, 2025; and
- Defendants to answer, move, ~~or otherwise respond to~~ OR *against* the First Amended Complaint, ~~including by filing any necessary pre-motion conference request, by July 25, 2025.~~ RMB
- *Page limits apply to motions as set forth in the Court's rules.* RMB

Accordingly, the parties respectfully request that the July 9, 2025 pre-motion conference be vacated and the foregoing stipulated schedule be "so Ordered" by the Court.

Respectfully submitted,

/s/ John Piskora

John Piskora
Partner

cc: All Counsel of Record (via ECF)

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.