UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LELAND COPENHAGEN,

                       Plaintiff,

v.

DDC ENTERPRISE LIMITED, DDC US INC. and
YAI'S THAI, LLC,

                       Defendants.

25 Civ. 2708 (RMB)

**ORDER**

Plaintiff is requested to file a Response to Defendants' Motion to Dismiss by Monday, August 11, 2025. Defendants are requested to file a Reply by Monday, August 18, 2025.

Dated: New York, New York
       July 28, 2025

                                                */s/ RMB*
                                   **RICHARD M. BERMAN, U.S.D.J.**